IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY D. GRAHAM, JR.,

      Plaintiff,

vs.                                      CASE NO. 4:11cv213/RS-WCS

CITY OF TALLAHASSEE, a
Florida municipality, et al.,

      Defendants.

_____

## ORDER

Before me are Defendants' Motion to Dismiss (Doc. 7) and Plaintiffs' Response in Opposition (Doc. 10). At this stage of the case, Plaintiff's allegations are sufficient to support claims which are plausible. *See Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009). The Motion is **DENIED**.

**ORDERED** on July 22, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**